

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00352-CR

Charles R. **MCFALL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10746
Honorable Maria Teresa Herr, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED July 31, 2013.

Catherine Stone, Chief Justice